## Commonwealth ex rel. Sheetz v. Sheetz, Appellant.

Before Koch, P. J.

Argued September 17, 1974. *Theodore J. Zeller, Jr.,* with him *Butz, Hudders & Tallman,* for appellant; *Wilbur C. Creveling, Jr.,* with him *Walker, Thomas, Karess, Lipson & Zieger,* for appellee.

Order affirmed.

## Commonwealth ex rel. Yerger, Appellant, v. Yerger.

Before Wajert, J.

Argued September 11, 1974. *David C. Patten,* with him *Cadmus & Patten,* for appellant; *James Dunworth,* with him *Cremers, Morris & Greenwood,* for appellee.

Order affirmed.

## D'Annunzio et vir., Appellants, v. Sears, Roebuck & Co.

Argued September 9, 1974. *Robert H. Dickman,* with him *Goldberg & Frankel,* for appellants; *Anthony S. Minisi,* with him *Robert McL. Boote,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.